IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KENNETH GRAHAM                                                                            PLAINTIFF

Vs.                                    CASE NO. 4:09cv00929 JMM

RECKITT BENCKISER, INC., et al                                                      DEFENDANTS

ORDER

The above case was filed December 11, 2009.  On February 16, 2010, Plaintiff's retained counsel's motion to withdraw was granted.  Plaintiff was also granted an additional 60 days beyond the original 120 days to effectuate service on Defendants (DE #3).  The deadline to serve Defendants was June 9, 2010.  The Court has received confirmation from former counsel's office that a copy of the above mentioned order was provided to Plaintiff.

Plaintiff is currently proceeding pro se.     The Clerk of the Court is directed to update the docket to indicate the address of Plaintiff as 466 Graham Road, Judsonia, AR  72081.[1]

Plaintiff is directed to notify the Court of his intention to proceed with this lawsuit no later than 30 days from the date of this order.  Failure to respond to this order as directed may result in the dismissal of the case for failure to prosecute.

Pursuant to Local Rule 5.5(c)(2), it is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state

---

[1] This address was provided to the Court by Plaintiff's former counsel as his last known address.

his/her address, zip code, and telephone number. If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 21st day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE