IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KENNETH GRAHAM**                  **PLAINTIFF**

V.            **4:09CV00929 JMM**

**RECKITT BENCKISER INC.,
RECKITT & COLMAN INC., BALL
AEROSOL AND SPECIALTY
CONTAINER INC., BALL AEROSOL
AND SPECIALTY CONTAINER
HOLDING CORPORATION, AND
U.S. CAN**                      **DEFENDANTS**

## ORDER

This case is dismissed without prejudice for Plaintiff's failure to prosecute. *See* Rules of the United States District Court for the Eastern and Western Districts of Arkansas, LR5.5(c)(2).

The Clerk is directed to close the case.

IT IS SO ORDERED this 26th day of July 2010.

                    _____
                    James M. Moody
                    United States District Judge